JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LUIS ANGEL LOPEZ-CANO, | No. 5:26-cv-03098-BFM |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARKWAYNE MULLIN, et al, | |
| Respondents. | |

On June 15, 2026, the Court issued an order granting the petition and ordered Petitioner Luis Angel Lopez-Cano (A# 216-575-544) to be immediately released on the conditions of supervision previously imposed. (ECF 9 at 9.) Petitioner filed a status report indicating he has been released from ICE custody. (ECF 10.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted.

DATED: JUNE 17, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE